# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| United States of America<br>v.<br>**HAIDER ALI**<br><br>*Defendant* | ) ) ) ) ) ) ) | Case: 1:22−mj−00076<br>Assigned To : Harvey, G. Michael<br>Assign. Date : 4/5/2022<br>Description: COMPLAINT W/ ARREST WARRANT |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* HAIDER ALI                                                                                 ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 912 - False Impersonation of a Federal Officer

Date: 04/05/2022

G. Michael Harvey
Digitally signed by G. Michael Harvey
Date: 2022.04.05 19:39:20 -04'00'

*Issuing officer's signature*

City and state:    Washington, D.C.        G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 04-05-2022, and the person was arrested on *(date)* 04-06-2022
at *(city and state)* WASHINGTON DC.

Date: 04-06-2022

*Arresting officer's signature*

SA MATTHEW LARICCIA
*Printed name and title*