# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 22-mj-76 (GMH) |
| | : | |
| **ARIAN TAHERZADEH &,** | : | |
| **HAIDER ALI,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF FILING

The United States of America hereby submits Exhibit A to the Government's Memorandum in Support of Motion for Detention.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY

By: */s/ Joshua S. Rothstein*
Joshua S. Rothstein
Assistant United States Attorney
N.Y. Bar Number 4453759
601 D Street, N.W., Room 1523
Washington, D.C. 20539
Office: 202-252-7164
Joshua.Rothstein@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I certify that, by virtue of the Court's ECF system, a copy of the foregoing filing and exhibits were sent to defense counsel April 8, 2022.

      */s/ Joshua S. Rothstein*
      Joshua S. Rothstein
      Assistant United States Attorney