**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C.   20001**

UNITED STATES OF AMERICA

vs.                                                          Criminal Number  1:22-mj-76

**HAIDER ALI**
(Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

[■]  CJA           [ ]  RETAINED           [ ]  FEDERAL PUBLIC DEFENDER

_____
(Signature)

**PLEASE PRINT THE FOLLOWING INFORMATION:**

Gregory S. Smith, DC Bar #472802
*(Attorney & Bar ID Number)*

Law Offices of Gregory S. Smith
*(Firm Name)*

913 East Capitol Street, SE
*(Street Address)*

Washington, DC  20003
*(City)         (State)         (Zip)*

(202) 460-3381
*(Telephone Number)*