SHERGEEL KHAN
(Address redacted)

April 10, 2022

The Hon. G. Michael Harvey
United States Magistrate Judge
U.S. District Court
333 Constitution Avenue, NW
Washington, DC 20001

Re: United States v. Haider Ali, Case No., 1:22-mj-00076

Dear Judge Harvey:

    I am Shergeel Khan, Haider Ali's older brother. I am a U.S. citizen and have lived in the U.S. since August 2001. I graduated from University of Virginia in 2009 and after working with my father for a couple of years, I moved to Atlanta for 7 years, where I worked at Delta Air Lines as a Sr. Business Analyst. I completed my MBA from Emory University's Goizueta Business School in 2017 and returned to Virginia in 2019 to be close to my parents. I currently work at Fannie Mae as a Senior Associate in Product Analysis and have been in that role since April 2020.

    I have known Haider Ali all my life. Our family moved to U.S. together in August 2001 and being typical immigrants trying to create the American dream for our family, have stayed close. I have known Haider to be an extremely hard-working individual who has always been there for the family through thick and thin. When my father had heart problems and needed surgery, Haider is the one who took care of him. Since I moved back to Virginia, Ali and I see each other frequently at family events.

    Ali underwent a spiritual evolution where he first adopted Sufism and later started following the Shia sect in Islam. Ali has traveled to different countries as part of that transformation. It is my understanding that these travels several years ago to Iran, Iraq and Egypt involved visits to various religious shrines as confirmed by the various gifts to the family after coming back to U.S. Despite his change in ideology, however, he has shown no signs of being radicalized and has continued to remain close to the family, all of whom are Sunni.

    To the best of my knowledge, Ali has no links whatsoever to any Pakistani intelligence agency. I do not believe Ali to be a danger to anyone. He has been a doting father and an extremely loving uncle to my children. I am confident he would appear for Court as required. Ali is a U.S. citizen and has 4 children who are all under five years of age, including a new-born daughter and is sorely needed at home. He has been living in the U.S. since 2001 and this is the only life he knows. His wife just had knee surgery and is immobilized for the next six weeks. It has been difficult for us to take care of his kids considering I have 2 toddlers of my own.

    My family and I are fully supportive of Ali and are committed to doing whatever is required to ensure that Ali abides by any terms and conditions of his release and that Ali shows up for Court as required.

Best regards,

*Shergeel Khan*

Shergeel Khan

LEYLY ARELY CASTRO MERAZ

(Address redacted)

April 10, 2022

The Hon. G. Michael Harvey
United States Magistrate Judge
U.S. District Court
333 Constitution Avenue, NW
Washington, DC 20001

Re: United States v. Haider Ali, Case No., 1:22-mj-00076

Dear Judge Harvey:

    I am Leyly Castro, Haider Ali's wife. I have been in the U.S. since 2014. I have been living in the Washington, DC metropolitan area since 2015 and have resided at the above address since 2021. I met Haider in the beginning of 2015, and we immediately fell in love. We have been married for 6 years now. We got married in September 2015. Haider and I have had an overall extremely pleasant marriage. We felt settled enough in our marriage to immediately start planning for children. We have four children together: Faryaal Zahra is 5, Ghulam Abbas is 4, Aleeha Batool is 3, and Noorain Zahra is 1 month old.

    Around July 2018, we had an argument because of a misunderstanding. I hadn't been well since I had a medical procedure performed shortly before, and I was heavily medicated. Those medications impaired my judgment, making me incoherent. Three days later, when the effects of the medications wore-off, Haider and I reconciled. We went to court, and I did not wish to press charges against my husband. It has almost 4 years since that incident, and Haider and I have been happily living together since then and we have even had 2 children together since then. I do not consider my husband to be dangerous in any way or likely to cause harm to me or anyone else.

    Haider Ali is a very loving husband and an extremely kind father. He has always been there for our family. The children adore him and love him immensely. Ever since I have had problems with my knee, for which I just underwent surgery, he has been helping take care of me and the kids. His absence has placed an undue burden upon our family. It has been extremely difficult to take care of 4 children while being bed-ridden. The doctors mentioned it will take me at least a couple of months before I can walk again.

    I am confident Haider would appear for Court as required. We have young children and have always spoken about our children going to college in the U.S., something that Haider and I always aspired to do, but were unable to do. I fully support him and will do whatever is necessary to ensure that Haider abides by the conditions of release and that Haider also will show up for court as required.

Sincerely,

*Leyly Castro*

Leyly Castro

Sohaib F. Khan
(Address redacted)

April 10th, 2022

The Hon. G Michael Harvey
United States Magistrate Judge
U.S. District Court
333 Constitution Avenue, NW
Washington, DC 20001

Re: United States v. Haider Ali, Case No., 1-22-mj-00076

Dear Judge Harvey:

My name is Sohaib Khan and I am Haider Ali's younger brother. I'm currently a second year resident in oral and maxillofacial surgery residency at Howard university hospital in Washington D.C. I moved to the U.S in August 2001 with the rest of my siblings and mother. I started Annandale high school and subsequently attended Northern Virginia community college and George Mason University for undergraduate studies in biology. After acquiring my master's degree in physiology and biophysics from Georgetown University, I started Howard University College of dentistry from 2014-2018. I started my residency in 2020 after spending a year internship at university of Maryland Baltimore and one year at University of Missouri- Kansas City oral and maxillofacial surgery program.

Haider and I have always been close since childhood. Being my older brother, he has always been protective of me, helping me stay focused on school and cheering my success. When our family needed help, he was the always the first one to put his hand up, he even gave up his dream of finishing college to help the family. I remember when I moved to Kansas City, Haider was the first one to tell me that he will always be there to help if I ever needed anything.

I find great pleasure to see that his caring and loving nature is increased 100 folds when it comes to his kids. He spends a lot of time with his wife and four children who all love him very dearly and miss him the moment he isn't around. He is a devoted father and I do not believe him to be a danger to anyone.

Despite having busy schedules, we still keep in touch. Even though, he now practices a different sect of Islam, he is still the same caring and loving brother. Haider cannot imagine a life without his wife and children and the only place he would be is by their side. I am confident that he will keep his commitment to the court of showing up to all his court dates. Furthermore, my family and I are committed to ensure that he abides by the terms of his release.

Thank you,

*Sohaib Khan*

Sohaib Khan

Zahida Shoukat
(Address redacted)

April 10th, 2022

The Hon. G Michael Harvey
United States Magistrate Judge
U.S. District Court
333 Constitution Avenue, NW
Washington, DC 20001

Re: United States v. Haider Ali, Case No., 1-22-mj-00076

Dear Judge Harvey:

I am Zahida Shoukat, mother of four beautiful children, one of whom is Haider Ali. I am a bachelor in microbiology from Karachi University in Pakistan. I came to the United States of America in 2001 with my four children for a better future for them. I am a full time homemaker and I have dedicated my life to ensure that all my four children achieve the American dream after coming to the beautiful country.

All my children are wonderful but my middle son, Haider Ali is special. His loving nature is unparalleled by any of my other three children. He has done more for this family than any one else. While my other children went off to college and focused on their careers, Haider was the one who kept the family together and looked after myself and my husband. During the years, when I needed to make to my arthritis appointments and cancer testing, Haider was there by my side in all those times.

Now he has a wife and four beautiful children of his own. And despite being busy with them, he always finds time to ask how I am doing, how is my health and if I need anything. We see Haider and his family once a week and all the children tell their stories of how they spend time with their father. I am pleased to see the father and the husband he has become.

I being Haider's mother know he will appear for his hearings on his court dates. I will also make sure; he never misses any of them.

Thank you,

*Zahida Shoukat*

Zahida Shoukat

**SHOUKAT RAZA**

(Address redacted)

APRILL 10, 2022

**THE HON. G. MICHAEL HARVEY**

UNITED STATE MAGISTRATE JUDGE

US DISTRICT COURT

333 CONSTITUTION AVENUE, NW

WASHINGTON, DC 20001

RE:   UNITED STATE V. HAIDER ALI, CASE NO., 1:22-MJ-00076

DEAR JUDGE HARVEY:

I AM SHOUKAT RAZA, FATHER OF HAIDER ALI. I AM PERMANENT RESIDENT OF UNITED STATE, LIVED IN USA SINCE 2000. I AM RESIDING AT THE ABOVE ADDRESS OVER A DECADE. I AM WORKING WITH LIMOUSINE COMPANY SIINCE 2000 AND MAINTAINED THE SAME JOB. I ALSO WORK AS AN INSURANCE AGENT AND A TAX PREPARER.    I HAVE A MASTER'S DEGREE IN ECOMICS.

I HAVE KNOWN MR. HAIDER ALI ALL MY LIFE. HE CAME TO UNITED STATE IN 2001. HAIDER ALI WAS LIVING WITH FAMILY SINCE THEN. HE IS VERY SINCERE, LOVING, HARDWORKING. HE WAS VERY HELPFULL AND AVAILABLE WHEN I NEEDED HIM. A VERY DEVOTED AND LOYAL SON. WE LIVED TOGATHER ABOUT 19 YEARS. HE WAS MARRIED AND HAD THREE CHILDERN WHEN HE MOVED OUT IN 2020. WE WERE REGULARLY VISITING GRAND CHILDERN, FAMILY AND VISE VERSA.

I AM NOT AWARE OF HAIDER ALI HAVING ANY CONNECTION TO PAKISTANI INTELLLIGENCE. IT IS INCORRECT AND BEYOND ANY CREDITIBILITY. I WHOLE HEARTEDLY BELIEVE AND CONFIDENT TO SAY THAT HAIDER ALI IS NOT DANGER TO ANYONE. HE IS VERY LOVING FATHER AND GOOD SON.

HAIDER ALI WAS FIRST INCLINED TOWARD SOFISM AND THEN LATTER ON HE CONVERTED TO SHIA SECT IN ISLAM. HAIDER ALI "S TRAVEL TO DIFFERENT COUNTRIES WAS WITH THE PURPOSE OF VISITING SHRINES OF MUSLIM SANITS/SCHOLARS FOR SPRITUAL EVOLUTION. HE GAVE VERIOUS GIFT TO FAMILY WHEN HE RETURN BACK TO US. IN SPITE OF CHANGE IN HIS BELIEF SYSTEM HE CONTINUED TO REMAIN CLOSE TO FAMILY.

HAIDER ALI IS A FATHER OF FOUR CHILDERN ALL UNDER THE AGE OF SIX YEARS OF AGE INCLUDING A NEWBORN DAUGHTER AND IS DESPERATELY NEEDED AT HOME. HIS WIFE HAD JUST GONE THROUGH KNEE SURGERY AND WILL NOT BE ABLE TO MOVE FOR AN OTHER SIX WEEKS. IT HAS BEEEN DIFFICULT FOR ME TO TAKE CARE OF HIS KID CONSIDERING MY AILMENT.

MY CHILDERN AND I ARE FULLY SUPPORTIVE OF ALI AND COMMITTED TO DOING WHATEVERE IS REQUIRED TO ENSURE THAT ALI ABIDES BY ALL TERMS AND CONDITIONS OF HIS RELEASE AND ALI SHOW UP FOR THE COURT AS REQUIRED.

KIND REGARDS

*SHOUKAT RAZA*

SHOUKAT RAZA