IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No. 22-MJ-76 (GMH) |
| v. ) | |
| ) | |
| ARIAN TAHERZADEH & ) | |
| HAIDER ALI, ) | |
| Defendants. ) | |

:

## NOTICE OF APPEARANCE

The United States of America by and through its attorney, hereby informs the Court that Assistant United States Attorney Elizabeth Aloi is entering her appearance in the above captioned matter as co-counsel for the United States of America.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney

By: /s/Elizabeth Aloi
Elizabeth Aloi
D.C. Bar No. 1015864
Assistant United States Attorney
Elizabeth.Aloi@usdoj.gov
555 4th Street, N.W.
Washington, DC 20530
(202) 252-7212